AO 91 (Rev. 01/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

12 JUN 1 AM 9: 24

CLERK-LAS CRUCES

| | |
|---|---|
| United States of America<br>v.<br><br>Nelson Ibrain VILLEDA-Colindres<br><br>*Defendant(s)* | Case No: 12-1273 mj |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>May 30, 2012</u> in the county of <u>Hidalgo</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. <u>§1326(a)(1),(2)(Re-Entry After Deport)</u>, an offense described as follows:

an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, in the State and District of New Mexico, being willfully in the United States unlawfully

This criminal complaint is based on these facts:
On March 30, 2012, the defendant was encountered by Border Patrol Agents in Hidalgo County, New Mexico. The defendant admitted to being a citizen of Honduras illegally in the United States. Record checks revealed that the defendant was deported from the United States to Honduras on or about September 30, 2006. There is no evidence to indicate that the defendant has applied for permission from the appropriate authority to enter or remain in the United States.

☐ Continued on the attached sheet.

*Complainant's signature*

Ramon A. Serrano  BORDER PATROL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 1, 2012

City and state: Las Cruces, N.M.

CARMEN E. GARZA
U.S. MAGISTRATE JUDGE
*Judge's signature*
*Printed name and title*